# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**BONNIE LYNCH,**

        Plaintiff,

        V.                              CASE NUMBER: **05-C-508**

**JO ANNE BARNHART**
**Commissioner of Social Security Administration,**

        Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that plaintiff is not disabled is AFFIRMED. This case is hereby DISMISSED.**

    **September 25, 2006**                          **SOFRON B. NEDILSKY**
Date                                           Clerk

                                                   s/ Linda M. Zik
                                                   (By) Deputy Clerk